IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| JEFF D., et al., | ) | |
| | ) | Case No. CV-80-4091-S-BLW |
| Plaintiffs, | ) | |
| v. | ) | **JUDGMENT** |
| DIRK KEMPTHORNE, et al., | ) | |
| Defendants. | ) | |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered in favor Defendants and that this case be DISMISSED IN ITS ENTIRETY.  This case is hereby ordered closed.

DATED: **November 1, 2007**

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment – Page 1**