UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JEFF D., et al, | Case No. 4:80-CV-04091-BLW |
| Plaintiffs, | **JOINT STATUS REPORT** |
| vs. | |
| CLEMENT LEROY OTTER, et al, | |
| Defendants. | |

COME NOW the Plaintiffs, by and through their attorneys, Howard A. Belodoff, Belodoff Law Office, PLLC, Patrick Gardner and Wesley Sheffield, Young Minds Advocacy Project, on behalf of themselves and the class they represent, and Defendants, by and through their attorneys, Mark V. Withers, Deena A. Layne, Michael S. Gilmore, and Nancy S. Bishop, to provide the Court with a Joint Status Report concerning the status of this matter and the future anticipated actions of the Parties. Since the Court issued its Order, Dkt. No. 731, the Parties have exchanged correspondence and documents and have held several meetings in an effort to resolve this case. In furtherance of these efforts, the Parties have agreed to the following:

1. The Parties have agreed to use an alternative dispute resolution process designed to help resolve the outstanding issues in this action.

2. The Parties have selected a mutually-acceptable mediator to assist in negotiations. The Parties convened a conference call with the mediator on September 12, 2013, to lay the groundwork for a series of in-person meetings to begin in October 2013.

JOINT STATUS REPORT - Page 1

3. Negotiation of the complex issues of this case may require an extended period of time. The Parties anticipate the mediation process could require up to nine months to a year to reach a final resolution. In the event that the mediation process irrevocably breaks down, the Parties will so advise the Court.

4. The Parties agree that all statements made during the course of the mediation are privileged and confidential settlement discussions, are made without prejudice to any Party's legal position and without waiving any legal rights, will be non-discoverable and inadmissible for any purpose in any legal proceeding absent the prior written consent of both parties, will be exempt from disclosure under federal and state law, and are subject to Federal Rule of Evidence 408, the Idaho Uniform Mediation Act, and other applicable laws and rules as set forth in the Parties Mediation Agreement.

5. The Parties anticipate receiving expert assistance from both within and outside the Defendants' agencies. The Parties may by agreement jointly use the services of experts and/or consultants to assist in the negotiation process. Reports, testimony, and work product by these experts and/or consultants developed in connection with the Parties' negotiations shall not be admissible in any legal proceeding pursuant to Federal Rule of Evidence 408, except as expressly provided for by the parties' Mediation Agreement.

DATED this 12th day of September, 2013.

JOINT STATUS REPORT - Page 2

/s/
HOWARD BELODOFF, ISB No. 2290
**BELODOFF LAW OFFICE PLLC**
1004 Fort Street
Boise, ID 83702
Telephone: (208) 331-3378
Fax: (208) 947-0014
hbelodoff@hotmail.com

/s/
PATRICK GARDNER, CB No. 208199 *(pro hac vice)*
patrick@youngmindsadvocacy.org
WESLEY SHEFFIELD, CB No. 287940 *(pro hac vice)*
wsheffield@youngmindsadvocacy.org
**YOUNG MINDS ADVOCACY PROJECT**
115 Haight Street
Menlo Park, CA 94025
Telephone: (650) 644-8462

Attorneys for Plaintiffs


MARK V. WITHERS, ISB No. 4254
withersm@dhw.idaho.gov
Office of the Attorney General
150 Shoup Ave, Suite 3
Idaho Falls, ID 83221
Telephone: (208) 528-5760

DEENA A. LAYNE, ISB No. 5999
layned@dhw.idaho.gov
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0036
Telephone: (208) 334-5537

MICHAEL S. GILMORE, ISB No. 1625
Mike.gilmore@ag.idaho.gov
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-4130


JOINT STATUS REPORT - Page 3

NANCY S. BISHOP, ISB No. 2392
Nancy.bishop@idjc.idaho.gov
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0285
Telephone: (208) 334-5100 Ext: 421

Attorneys for Defendants