UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JEFF D. *et al*., | |
| Plaintiffs, | Case No. 4:80-cv-4091-BLW |
| v. | **PROTECTIVE ORDER** |
| CLEMENT LEROY OTTER, *et al*., | |
| Defendants. | |

Before the Court is the parties' Settlement Agreement, filed on the 12th day of June, 2015 (Dkt. 741), which includes a process in paragraphs 94 and 95 regarding the Defendants' releasing to Plaintiffs' counsel of confidential information regarding Class Members protected from disclosure by federal or state law.

IT IS HEREBY ORDERED that any documents containing confidential information regarding Class Members that Defendants release to Plaintiffs' counsel in accordance with the process set forth in the Settlement Agreement shall retain those rights of privacy and protection from disclosure to which said documents are entitled by law, including the Health Insurance Privacy and Accountability Act (HIPAA) of 1996, and that the same shall remain confidential and not be used by or disclosed to any third party, entity, or person, exclusive of the members of Plaintiffs' counsels' firms and agents hired by Plaintiffs' counsel with respect to the compliance with the Settlement Agreement.

IT IS FURTHER ORDERED that all such documents or information shall only be used for the purposes set forth in the Settlement Agreement, and the production of such documents shall not constitute a waiver of any right of privacy or protection from disclosure or other claim or right of withholding or right of confidentiality to which those persons identified in the

documents may have.

IT IS FURTHER ORDERED that by complying with this Order and the relevant provisions of the Settlement Agreement, Defendants and Plaintiffs' counsel shall be deemed in compliance with all state and federal laws pertaining to the use and disclosure of confidential information and therefore are discharged from any and all liability, demands, or claims stemming from said compliance.

IT IS SO ORDERED.



DATED: June 18, 2015

B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 2**