IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

Jeff D., et al.,

     Plaintiff,

v.

Brad J. Little, et al.
     Defendant

Case No. 4:80-CV-04091-BLW

APPLICATION FOR ADMISSION
PRO HAC VICE AND MOTION FOR
WAIVER OF FEE

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, **Stuart Seaborn** , hereby applies for admission pro hac vice to appear and participate in this case on behalf of **Plaintiffs** .

The applicant hereby attests as follows:

1. Applicant resides in **Alameda, CA** , and practices at the following address and phone number **Youth Law Center, 832 Folsom St. #700, San Francisco, CA 94107, 415-543-3379** .

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| Central Dist. California | 02/14/2003 |
| Eastern Dist. California | 03/30/2009 |
| Northern Dist. California | 06/18/2019 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Applicant/Designee is on the pro bono panel and requests waiver of the pro hac vice attorney admission fees: ✓ yes ☐ no

6. **Howard Belodoff** , a member in good standing of the bar of this court, of the firm of **Belodoff Law Office, PLLC** , practices at the following office address and phone number: **1004 W. Fort Street, Boise, ID 83702; 208-331-3378** and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this _____ day of _____, **2026** .

Applicant: _____     Designee: _____